IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| REBECCA L. KENDALL | § | |
| | § | |
| V. | § | A-12-CV-847-AWA |
| | § | |
| WALGREEN CO. | § | |

## FINAL JUDGMENT

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice, filed on May 12, 2014 (Dkt. # 44). Pursuant to Federal Rule of Civil Procedure 41, the Parties have stipulated to the dismissal of all claims and causes of action that Plaintiff has asserted in the above-styled cause of action, with prejudice to the refiling of those claims. Accordingly, the Court **HEREBY ENTERS FINAL JUDGMENT** in this case, **DENIES** any pending motions as **MOOT** and orders the case to be **CLOSED**.

SIGNED this 16th day of May, 2014.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE